# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:12-cv-00099-W

| | | |
|---|---|---|
| **AMERICAN GENERAL LIFE**<br>**INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CONSENT ORDER** |
| **vs.** | ) | |
| | ) | |
| **SAFIYE CANAN DORUK,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER is before the Court on the Motion of the Plaintiff American General Life Insurance Company ("American General") pursuant to Rule 65 of the Federal Rules of Civil Procedure, for a temporary restraining order and/or preliminary injunction (Doc. No. 6). Pursuant to the proposed Consent Order submitted jointly by the parties, the Court hereby GRANTS in part and DENIES in part that motion as explained herein.

For purposes of this motion only, and without prejudice of either party to contest issues at the trial of this matter, the parties agree and stipulate as follows:

    a. The Defendant is a foreign citizen of the State of Turkey who is present in the United States of America as a permanent resident alien.

    b. The Defendant received from the Plaintiff the total sum of $250,403.82 by means of a check issued on or about June 9, 2011.

    c. Good cause exists for the entry of this order.

Based on the foregoing the Court, with the consent of the parties, orders as follows:

1.    Effective upon the filing of this Order and following service of this Order on Defendant (including electronic service via the Court's CM/ECF system on Defendant's counsel), Defendant

shall not:

    a.   Sell, encumber, transfer or hide her ownership in any real property, personal property, automobiles, funds, bank accounts (either business or personal), stocks, bonds, or other tangible property having a fair market value of at least $750 without approval of the Court;

    b.   Incur any new debt exceeding $2,000 without approval of the Court;

    c.   Notwithstanding anything stated above, the Defendant shall be allowed to use funds deposited into her personal bank account for reasonable and necessary expenses related to the operation of her business or her housing, clothing, food, transportation, taxes, or regular payment of monthly household bills without Court approval.

    d.   Upon demand, the Defendant must disclose any personal expenses exceeding $2,000 and any business expenses to the Plaintiff.

2.    On or before May 25, 2012 the Defendant shall:

    a.   Disclose to the Plaintiff any and all accounts she currently holds at any bank or financial institution;

    b.   Disclose all debts the Defendant owed as of June 9, 2011, and all new debts incurred since June 9, 2011, and produce all documents within her possession custody or control related to such debts and payments made on all such debts;

    c.   Provide access to American General of all information within her possession custody or control of any account into which the amount of $250,403.82 received from American General was deposited and the expenditure, disbursement, or transfer of any such funds to third parties; and

    d.   Disclose any real property owned by the Defendant (in whole or in part) located

within the United States.

3. This order may be terminated by further order of the Court or shall be deemed to immediately expire upon the dismissal of this action.

4. This order is without prejudice to any additional injunctive relief that may be entered by the Court at a later date.

5. The Court hereby terminates the hearing on the motion set forth May 2, 2012, at 2:30 p.m.

IT IS SO ORDERED.

Signed: May 3, 2012

Frank D. Whitney
United States District Judge

WE CONSENT:

/s/ Donald R. Pocock

Donald R. Pocock (N.C. Bar No. 29393)
Nelson Mullins Riley & Scarborough, L.L.P.
Email: donald.pocock@nelsonmullins.com
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
Phone: 336.774.3324
Fax: 336.774.3376
*Attorneys for Plaintiff American General Life Insurance Company*

/s/ R. Anthony Orsbon

R. Anthony Orsbon (N.C. State Bar No. 3284)
Orsbon & Fenninger LLP
Email: torsbon@oandflaw.com
4201 Congress Street, Suite 110
Charlotte, NC 28209
Phone: 704.556.9600
Fax: 704.556.9601
*Attorney for Defendant Safiye Canan Doruk*