**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:12-CV-099-RJC-DCK**

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| SAFIYE CANAN DORUK, and CANAN F. KENNEDY, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** regarding "Defendant's Motion To Compel Response To Defendant's Interrogatories" (Document No. 40) filed December 28, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is now ripe for review. After careful consideration of the motion and the record, Defendant's motion to compel will be <u>denied</u>.

"Plaintiff's Response To Motion To Compel By Defendant Doruk" (Document No. 41) was timely filed on January 14, 2013. Defendant then failed to file a timely reply brief in support of her motion to compel, or notice of intent not to reply, as required by Local Rule 7.1 (E). Moreover, the Court issued an "Order" (Document No. 43) on February 7, 2013, stating that the "undersigned believes that the Court would benefit from a reply brief addressing the arguments in 'Plaintiff's Response…' (Document No. 41)," and requiring that a reply brief or notice that the discovery dispute was resolved, "shall be filed on or before **February 20, 2013**." (Document No. 43). To date, Defendant has still failed to make an appropriate filing.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Compel Response To Defendant's Interrogatories" (Document No. 40), is **DENIED**.

Signed: March 19, 2013

David C. Keesler
United States Magistrate Judge